No. 1,847.—BURNS, APPELLANT, *v.* KELLY ET AL., RESPONDENTS.

*Appeal from District Court, Powell County; Welling Napton, Judge.*

On motion to dismiss appeal.

Decided October 7, 1902.

PER CURIAM.—Respondents' motion to dismiss the appeal herein is sustained, and the appeal is accordingly dismissed.

*Mr. George B. Winston,* for Appellant.

*Mr. W. H. Trippet,* for Respondents.